UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| JAVIER GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>PRO CUSTOM SOLAR LLC d/b/a MOMENTUM SOLAR,<br><br>Defendant. | CIVIL ACTION<br><br>No. 4:21-cv-0392-ALM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between the parties Pro Custom Solar LLC d/b/a Momentum Solar and Javier Garcia (collectively, "the Parties"), that the Parties dismiss all claims each has against each other, with prejudice. All Parties shall bear their own costs.

CONSENTING TO THE ABOVE:

| s/ Thomas J. Cotton, Esq.<br>Thomas J. Cotton, Esq.<br>*Counsel for Defendant* | s/ Jacob U. Ginsburg, Esq.<br>Jacob U. Ginsburg, Esq.<br>*Counsel for Plaintiff* |
|---|---|